FAIRVIEW-CHASE CORPORATION, Appellant, *v.* PHILLIP SCHARF, Appellant, and ALICE C. McCOY, Respondent.

(Submitted May 27, 1929; decided June 4, 1929.)

*Abraham J. Halprin* for plaintiff-appellant.

*Emil Weitzner* and *Jesse Climenko* for defendant-appellant.

*Harold Nathan* and *Mortimer Brenner* for respondent.

Motion to dismiss plaintiff's appeal denied, upon condition that it pay ten dollars costs within ten days; otherwise granted, with costs and ten dollars costs of motion. Motion to dismiss defendant Scharf's appeal denied, with ten dollars costs.